PETER C. ANDERSON
UNITED STATES TRUSTEE
Jennifer L. Braun
Assistant United States Trustee
Brian D. Fittipaldi, CA State Bar No. 146864
Trial Attorney
United States Department of Justice
Office of the United States Trustee
128 East Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 957-4100; Facsimile: (805) 957-4103

ORIGINAL

FILED
OCT 2 0 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. ND 08-11457 RR |
| ESTATE FINANCIAL, INC., | Chapter 11 |
| Debtor. | APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following seven (7) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: October 20, 2008

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
Jennifer L. Braun
Assistant U.S. Trustee

In Re: Estate Financial, Inc.
ND 08-11457-RR

(1)  Jim W. Davis
     P.O. Box 15
     Lemoore, CA 93245
     Phone: 559-707-0084

(2)  Thomas Schultheis
     4455 Via Bendita
     Santa Barbara, CA 93110
     Phone: 805-964-1224

(3)  Clifford Andreas Munk
     Trustee of the Clifford Andreas Munk and Lois Munk Revocable Trust
     c/o Clifford Munk
     P.O. Box 433
     Paso Robles, Ca 93447
     Phone: 805-238-1544

(4)  Donna and Robert Berg Foundation
     c/o Robert Berg
     5161 Vineyard Drive
     Paso Robles, CA 93446
     Phone: 805-238-5825 and 805-238-2401

(5)  Nancy Trotter, Trustee of the Nancy Lee Missakian Trotter Trust
     c/o Nancy Lee Missakian Trotter
     3901 Laguna Blanca Drive
     Santa Barbara, CA 93110
     Phone: 805-687-0130

(6)  John G. Henry, M.D.—Pension Fund
     c/o John G. Henry, M.D.
     1905 Hidden Valley Road
     Templeton, CA 93465
     Phone: 805-434-1873 and 805-434-1720
     Fax: 805-434-2068

1  (7)  Marjorie Jacobsen, Trustee of the Marjorie LaVerne Jacobsen 2002 Revocable Trust
       c/o Marjorie L. Jacobsen
2      261 Leighton Avenue
       Cambria, Ca 93428
3      Phone: 805-927-0665

4

5                                         EXHIBIT A

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, in the Office of the United States Trustee under the supervision of a member of the bar of this court at whose direction the service was made; I am over the age of 18 and not a party to the within action; and my business address is 21051 Warner Center Lane, Suite 115, Woodland Hills, California 91367.

On October 20, 2008, I served the foregoing document described as: **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**, upon the interested parties at their last known addresses by placing a true and correct copy thereof in a sealed envelope with sufficient postage thereon fully prepaid, in the United States Mail at Woodland Hills, California, addressed as follows:

**Please see attached**

**DEBTOR:**
Estate Financial, Inc.
806 9th Street, Suite 1A
Paso Robles, CA 93446

**CHAPTER 11 TRUSTEE:**
Thomas P. Jeremiassen
LECG, LCC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

**COUNSEL FOR THE CHAPTER 11 TRUSTEE:**
Robert Orgel, Esq.
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

**OTHER INTERESTED PARTIES:**
Peter Susi
Michaelson, Susi & Michaelson
7 West Figueroa Street,
Second Floor
Santa Barbara, CA 93101

Roger Frederickson
Sinsheimer, Juhnke, Lebens & McIvor
1010 Peach Street
San Luis Obispo, CA 93406

William C. Beall
Beall and Burkhardt
1114 State Street, Suite 200
Santa Barbara, CA 93101

Bradley Sharp
Development Specialists, Inc.
333 S. Grand Avenue, Suite 4070
Los Angeles, CA 90071

David Gould
23801 Calabasas Road, Suite 2032
Calabasas, CA 91302

Lewis Landau
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

Joseph Eisenberg, Esq.
Jeffer, Mangels et al
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Bryan Cave, LLP
c/o Katherine Windler, Esq.
120 Broadway, Ste. 300
Santa Monica, CA 90401

Foley-Gannon, Inc.
c/o Robert Hurlbett, Esq.
3324 State Street, #O
Santa Barbara, CA 93105

Martin J. Brill, Esq.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Investment Trends, LLC
4455 Via Bendita
Santa Barbara, CA 93110

The Investment Company
139 Via Fuchsia
Paso Robles, CA 93446

William Bartosh
62893 Indian Valley Road
San Miguel, CA 93451

Johnathan R. Zeko
Grant & Zeko APC
1331 India Street
San Diego, CA 92101

Todd M. Wolfe, Esq.
Green & Campbell, LLP
1777 East Los Angeles Avenue, Ste. 201
Simi Valley, CA 93065

Sherri G. Bell
245 Kendal Lane
Cambria, CA 93428

Mark Bradshaw, Esq.
Shulman, Hodges & Bastian LLP
26632 Towne Center Drive, Suite 300
Foothill Ranch, CA 92610

Michael Dias, Esq.
Dias Law Firm
502 West Grangeville Blvd.
Hanford, CA 93230

Patricia Cullinan
13505 Old Morro Road
Atascadero, CA 93422

Brian M. Kandel, Esq.
Book & Book LLP
1414 Soquel Avenue, #203
Santa Cruz, Ca 95062

Mark E. Aronson, Esq.
Anderson, McPharlin & Conners LLP
444 S. Flower Street, 31st Floor
Los Angeles, CA 90071

Louise Kalshan
440 Kerwin
Cambria, CA 93428

Jerome Cohen, Esq.
3731 Wilshire Blvd., Suite 514
Los Angeles, CA 90010

Freddie Reiss
FTI Consulting
633 West Fifth Street
Los Angeles, CA 90071

I declare under penalty of perjury that the foregoing is true and correct.
Dated: October 20, 2008

Gabriel A. Rodriguez
Legal Clerk, U.S. Trustee's Office