DAVID M. POITRAS P.C. (CA Bar No. 141309)
THOMAS M. GEHER (CA Bar No. 130588)
CAROLINE R. DJANG (CA Bar No. 216313)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: 310.203.8080
Facsimile: 310.203.0567
Email: tgeher@jmbm.com

Attorneys for Bradley D. Sharp, Chapter 11 Trustee
for the Bankruptcy Estate of Estate Financial Mortgage Fund, LLC

ROBERT B. ORGEL (CA Bar No. 52346)
SAMUEL R. MAIZEL (CA Bar No. 189301)
JEFFREY L. KANDEL (CA Bar No. 115832)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4308
Telephone: 310.300-2027
Facsimile: 310.201.0760
Email: jkandel@pszjlaw.com

Attorneys for Thomas P. Jeremiassen, Chapter 11 Trustee
for the Bankruptcy Estate of Estate Financial, Inc.

**FILED & ENTERED**

**SEP 28 2009**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>ESTATE FINANCIAL MORTGAGE FUND, LLC, a California limited liability company,<br><br>Debtor.<br><br>ESTATE FINANCIAL, INC.,<br><br>Debtor. | CASE NO.   9:08-bk-11535-RR<br>                        9:08-bk-11457-RR<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE VARIOUS INTERIM APPLICATIONS OF PROFESSIONALS AND COMMITTEE MEMBERS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>**Hearing:**<br>Date :    September 14, 2009<br>Time:    10:00 a.m.<br>Ctrm:    201<br>              1415 State Street<br>              Santa Barbara, CA 93101 |

1

6447348v1

On September 14, 2009 at 10:00 a.m., came on for hearing (the "Hearing") before this Court the various interim fee applications of the professionals employed in the above referenced cases along with certain requests for reimbursement of cost by certain members of the Official Committees appointed in the these cases (collectively, the "Applications").

Appearances were made by Thomas P. Jeremiassen, the chapter 11 trustee ("EFI Trustee") of Estate Financial, Inc. ("EFI") and counsel for Bradley D. Sharp, the chapter 11 trustee ("EFMF Trustee") of Estate Financial Mortgage Fund, Inc. ("EFMF"), their counsel, respectively, Samuel R. Maizel and Jeffrey L. Kandel of Pachulski Stang Ziehl & Jones LLP and David M. Poitras of Jeffer Mangels Butler & Marmaro LLP, the Official Committee of Unsecured Creditors in the EFI Case by and through its counsel, Larry Gabriel, of Ezra Brutztkus Gubner, LLP (the "EFI Committee"), and the Official Equity Committee in the EFMF case (the "EFMF Committee") by and through its counsel, Peter Susi of Michaelson, Susi & Michaelson.  Other appearances are as noted in the record.

Having considered the Applications; the limited objections filed by the United States Trustee; the evidence filed in connection with, and arguments of counsel made at, the Hearing; and upon the entire record of such Hearing and this case; and after due deliberation thereon, and good cause appearing therefore, for the reasons stated on the record at the Hearing:

**IT IS HEREBY ORDERED:**

A.     The objections are hereby granted or overruled as noted on the record of the hearing.

2

6447348v1

B.  The Applications are allowed in part and denied in part, on an interim basis as set forth below

### EFMF Professionals

| Application | Time Period | Fees Allowed | Expenses Allowed | Total |
|---|---|---|---|---|
| Application for Compensation *Second Interim Application Of Jeffer, Mangels, Butler & Marmaro LLP For Compensation And Reimbursement Of Expenses As Counsel To Bradley D. Sharp, Chapter 11 Trustee For The Bankruptcy Estate Of Estate Financial Mortgage Fund, LLC; Memorandum Of Points And Authorities; Declaration Of Thomas M. Geher In Support Thereof Butler & Marmaro LLP For Approval Of* | 2/1/2009 - 7/31/2009 | $148,664.50 | $2,624.81 | $151,289.31 |
| *Second Interim Application For Interim Compensation By Michaelson, Susi & Michaelson, A Professional Corporation, Attorneys For Official Equity Committee* | 2/6/09- 7/31/09 | $80,998.50 | $828.90 | $81,828.40 |
| *Second Interim Application For LECG, LLC, As Accountants To Bradley D. Sharp, Chapter 11 Trustee* | 2/1/09 - 7/31/09 | $138,893.00 | $2,279.36 | $141,172.36 |
| *Second Interim Application For Compensation And Reimbursement Of Fees And Expenses of Bradley D. Sharp, The Chapter 11 Trustee* | 2/1/09 - 6/30/09 | $9,682.15 | $873.96 | $10,556.11 |

### EFMF Committee Member Costs

Costs for EFMF Committee members are allowed as follows: Butch LaVelle: $988.00, Howard Steinbeck: 324.00, Patrick Wheeler: $277.00, and John Lacy: $418.00.

### EFI Professionals

| *Application* | Time Period | Fees Allowed | Expenses Allowed | Total |
|---|---|---|---|---|
| *Second Interim Application Of Pachulski Stang Ziehl & Jones LLP As Counsel To Thomas P Jeremiassen, Chapter 11 Trustee, For Approval Of Compensation And Reimbursement Of Expenses* | 2/1/09 - 7/31/09 | $389,114.50 | $67,577.67 | $456,692.17 |

| | | | | |
|---|---|---|---|---|
| *Second Interim Application Of Ezra Brutzkus Gubner LLP, Attorneys For The Official Committee Of Unsecured Creditors For Compensation Of Fees And Expenses* | 2/21/09 - 7/31/09 | $87,947.50 | $1,152.22 | $89,099.72 |
| *Second Interim Fee Application By SinsheimerJuhnke Lebens & McIvor, LLP, Special Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Bankruptcy Estate of EFMF and Special Counsel to Thomas P. Jeremiassen, Chapter 11 Trustee for the Estate of EFI[1]* | 2/13/09 - 7/31/09 | $514,643.50 | $20,615.53 | $535,259.03 |
| *Second Interim Application For LECG, LLC, As Accountants To Thomas P. Jeremiassen, Chapter 11 Trustee* | 2/1/09-7/31/09 | $603,655.00 | $5,123.24 | $608,778.24 |
| *Second Interim Application For Compensation And Reimbursement of Expenses of Thomas P. Jeremiassen, Chapter 11 Trustee* | 2/1/09 - 7/31/09 | $247,442.50 | $1,662.15 | $249,104.65 |
| *Second Interim Application For Compensation And Reimbursement Of Fees And Expenses Of Development Specialists, Inc., The Financial Advisor To The Chapter 11 Trustee* | 2/1/09 - 6/30/09 | $282,250.50 | $2,716.14 | $284,966.64 |
| *First Interim Application For Compensation And Reimbursement of Fees and Expenses of Farella Braun + Martel, Special Counsel to Thomas P. Jeremiassen, Chapter 11 Trustee for the Bankruptcy Estate of EFI* | 6/25/08 - 7/31/09 | Hearing Continued As Set Forth Below | Hearing Continued As Set Forth Below | Hearing Continued As Set Forth Below |

### EFI Committee Member Costs

Costs for EFMF Committee members are allowed as follows: Thomas K. Shultheis: $452.50, and Marjorie Jacobsen: $267.20.

C.  The hearing on the *First Interim Application For Compensation And Reimbursement of Fees and Expenses of Farella Braun + Martel, Special Counsel to Thomas P. Jeremiassen, Chapter 11 Trustee for the Bankruptcy Estate of EFI* is continued to November 13, 2009, at 10:00 a.m. Any supplemental pleadings by Farella Braun must be filed, served and posted on the Trustees' website on or before October 23, 2009.

---

[1] Sinsheimer Juhnke Lebens & McIvor, LLP's request for fees and costs listed herein is for the total amounts expended for the benefit of both of the Chapter 11 Trustees of the EFMF and Estate Financial, Inc. estates. Said fees and costs will be allocated between the estates by agreement between the Trustees or further court order.

4

6447348v1

1

2   D.      The Trustees are authorized to pay these allowed fees and expenses as funds become available in their discretion.

3   ###

4   ###

5   ###

6   ###

7   ###

8   ###

9   ###

10  ###

11  ###

12  ###

13  ###

14  ###

15  ###

16  ###

17  ###

18  ###

19  ###

20  ###

21

22

23

24

25  DATED: September 28, 2009

*Robin Riblet*
United States Bankruptcy Judge

26

27

28

5

6447348v1

| In re:<br>Estate Financial Mortgage Fund, LLC,<br>a California limited liability company,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 9:08-bk-11535-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

The foregoing document described **ORDER GRANTING IN PART AND DENYING IN PART THE VARIOUS INTERIM APPLICATIONS OF PROFESSIONALS AND COMMITTEE MEMBERS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On September 28, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 28, 2009 | Billie Terry | */s/ Billie Terry* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>Estate Financial Mortgage Fund, LLC,<br>a California limited liability company,<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER 9:08-bk-11535-RR |
|---|---|

## II. SERVED BY U.S. MAIL

Debtor
Estate Financial Mortgage Fund, LLC
c/o Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

United States Trustee (ND)
Office of the U.S. Trustee
Attn: Brian Fittipaldi
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

U.S. Trustee's Counsel
Office of the U.S. Trustee
Marjorie L. Erickson
128 E. Carrillo St.
Santa Barbara, CA 93101

Attnys for Official Equity Committee
Peter Susi
Michaelson Susi & Michaelson
7 W Figueroa St
Santa Barbara, CA 93101

Chapter 11 Trustee for EFI
Thomas P. Jeremiassen
LECG LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90067

Chapter 11 Trustee for EFMF
Bradley N. Sharp - Trustee
333 S Grand Avenue
Los Angeles, CA 90071

Attnys for Thomas P. Jeremiassen, Trustee
Robert B. Orgel/Samuel R. Maizel
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl
Los Angeles, CA 90067-4100

Attnys for Official Committee of Unsecured Creditors
Steven T. Gubner
Larry Gabriel
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Ste 500
Woodland Hills, CA 91367

Spcl Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Bankruptcy Estate of EFMF and to Thomas P. Jeremiassen, Chapter 11 Trustee for the Estate of EFI
Roger B. Frederickson
Sinsheimer Juhnke Lebens & McIvor, LLP
1010 Peach Street
P. O. Box 31
San Luis Obispo, CA 93406

Special Counsel to Thomas P. Jeremiassen, Chapter 11 Trustee for the Bankruptcy Estate of EFI
David Ismay
Farella Braun + Martel
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

## II. SERVED BY OVERNIGHT MAIL

The Honorable Robin L. Riblet
United States Bankruptcy Court -
1415 State Street
Santa Barbara, California 93101-2511

PRINTED ON RECYCLED PAPER

Jeffer Mangels Butler & Marmaro LLP

6447348v1

- 7 -

| In re:<br>Estate Financial Mortgage Fund, LLC,<br>a California limited liability company,<br>                                    Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 9:08-bk-11535-RR |
|---|---|

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING IN PART AND DENYING IN PART THE VARIOUS INTERIM APPLICATIONS OF PROFESSIONALS AND COMMITTEE MEMBERS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 28, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒   Service information continued on attached page

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP

6447348v1

| In re:<br>Estate Financial Mortgage Fund, LLC,<br>a California limited liability company,<br>                                                    Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 9:08-bk-11535-RR |
|---|---|

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- William C Beall    artyc@aol.com
- Mark Bradshaw    mbradshaw@shbllp.com
- James L Brunello    kateover66@yahoo.com
- Jerome S Cohen    jsc@jscbklaw.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Thomas M Geher    tmg@jmbm.com
- David Gould    dgould@davidgouldlaw.com
- Robert E Hurlbett    bob@hurlbettlaw.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Lewis R Landau    lew@landaunet.com
- Leib M Lerner    leib.lerner@alston.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- David M Poitras    dpoitras@jmbm.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Peter Susi    cheryl@msmlaw.com, peter@msmlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Katherine M Windler    katherine.windler@bryancave.com
- Jonathan R Zeko    jzeko@grantandzeko.com

**III. TO BE SERVED BY THE LODGING PARTY:**

Debtor
Estate Financial Mortgage Fund, LLC
c/o Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

United States Trustee (ND)
Office of the U.S. Trustee
Attn: Brian Fittipaldi
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Chapter 11 Trustee for EFI
Thomas P. Jeremiassen
LECG LLC
2049 Century Park East, Ste 2300
Los Angeles, CA 90067

Chapter 11 Trustee for EFMF
Bradley N. Sharp - Trustee
333 S Grand Avenue
Los Angeles, CA 90071

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP

| In re:<br>Estate Financial Mortgage Fund, LLC,<br>a California limited liability company,<br>                                        Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 9:08-bk-11535-RR |
|---|---|

<u>Attnys for Official Committee of Unsecured Creditors</u>
Steven T. Gubner
Larry Gabriel
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Ste 500
Woodland Hills, CA 91367

<u>Spcl Counsel to Bradley D. Sharp, Chapter 11 Trustee for the Bankruptcy Estate of EFMF and to Thomas P. Jeremiassen, Chapter 11 Trustee for the Estate of EFI</u>
Roger B. Frederickson
Sinsheimer Juhnke Lebens & McIvor, LLP
1010 Peach Street
P. O. Box 31
San Luis Obispo, CA 93406

<u>Special Counsel to Thomas P. Jeremiassen, Chapter 11 Trustee for the Bankruptcy Estate of EFI</u>
David Ismay
Farella Braun + Martel
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

PRINTED ON
RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP

6447348v1

- 10 -