**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Brian D. Fittipaldi, Bar No. 146864
Attorney for the U.S. Trustee
**UNITED STATES TRUSTEE**
128 East Carrillo Street
Santa Barbara, California  93101
Telephone: (805) 957-4100; Facsimile: (805) 957-4103;
E-mail: Brian.Fittipaldi@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:08-bk-11457-PC |
| **Estate Financial, Inc.,** | Chapter 11 |
| Debtor. | **UNITED STATES TRUSTEE'S LIMITED OBJECTION TO INTERIM COMPENSATION REQUEST OF PACHUSLKI, STANG, ZIEHL AND JONES** |
| | Date:  February 10, 2016<br>Time: 10:00 a.m.<br>Ctrm: 201 |

      The United States Trustee ("U.S. Trustee") has reviewed the interim applications for compensation and reimbursement of expenses (the "Applications") of the chapter 11 trustee and his employed professionals in this case, including Pachulski, Stang, Ziehl & Jones LLP, counsel to the chapter 11 trustee, and hereby submits the following limited objection to the Applicants' requests.

### *Pachulski, Stang, Ziehl & Jones, LLP*

      The U.S. Trustee has the following objection to this Fee Application.  There were 3 instances where two attorneys were apparently charging for the same conversation:

Court Stamp Page 56: 7/22/15: $625.50---Conversation between Orgel and Kandel (number reflects 0.6 hours charged by lower-charging partner)

Court Stamp Page 94: 10/29/15: $157.50---Conversation between Orgel and Mackle talking 0.3 hours (number reflects 0.3 hours charged by lower-charging attorney)

Court Stamp Page 135: 12/7/15: $157.50: Conversation between Orgel and Mackle talking 0.3 hours (number reflects 0.3 hours charged by lower-charging attorney)

Dated: January 27, 2016              UNITED STATES TRUSTEE

By: /s/ *Brian D. Fittipaldi*
     Brian D. Fittipaldi
     Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled: Limited Objection*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 28, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Brian Fittipaldi:Brian.fittipaldi@usdoj.gov
Jeffrey Kandel: jkandel@pszjlaw.com
David Meadows: david@davidwmeadowslaw.com
Thomas Jeremiassen: tjeremiassen@thinkbrg.com**

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **January 28, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 28, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**U.S. Bankruptcy Court—Northern Division
The Honorable Peter Carroll
1415 State Street
Santa Barbara, CA 93101**

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2016 | Brian D. Fittipaldi | /s/Brian D. Fittipaldi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |