Robert B. Orgel (CA Bar No. 101875)
Jeffrey L. Kandel (CA Bar No. 115832)
Cia H. Mackle (admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jkandel@pszjlaw.com
Attorneys for Thomas P. Jeremiassen, EFI Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>ESTATE FINANCIAL, INC.,<br><br>              Debtor. | Case No. 9:08-bk-11457 RR<br><br>Chapter 11<br><br>**REPLY TO UNITED STATES TRUSTEE'S LIMITED OBJECTION TO COMPENSATION REQUEST FOR PACHULSKI STANG ZIEHL & JONES**<br><br>[Application Period June 1, 2015 – December 31, 2015]<br><br>Date: February 10, 2016<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>       1415 State Street, Courtroom 201<br>       Santa Barbara, CA<br>Judge: Honorable Peter Carroll<br><br>[Related to Docket No. 3600] |

Pachulski Stang Ziehl & Jones LLP (the "Firm"), bankruptcy counsel to Thomas P. Jeremiassen, Chapter 11 Trustee for the bankruptcy estate of Estate Financial Inc., the debtor herein, hereby submits its reply to the *United States Trustee's Limited Objection to Interim Compensation Request of Pachulski Stang Ziehl &Jones* [Docket No. 3600] (the "Objection"). The Objection opposed compensating the Firm for three instances where two attorneys billed for the same conversation included in the *Thirteenth Application of Pachulski Stang Ziehl & Jones LLP as*

DOCS_LA:296413.1 46346/002

*Counsel to Thomas P. Jeremiassen, Chapter 11 Trustee, for Interim Approval of Compensation and Reimbursement of Expenses* [Docket No. 3591].

The Firm believes that intra-office meetings between attorneys are an often productive, frequently efficient and sometimes essential part of managing a case, particularly one as complex at time as this one. Absent a showing of an unreasonable number of such instances, such time should be allowed.

However, because the amount in question ($940.50) is small, the Firm does not believe that an appearance at a hearing, if one would otherwise be excused, is warranted. Accordingly, the Firm will abide by the Court's ruling on this matter without oral argument, and asks that the Office of the United States Trustee do so as well.

Dated:  February 1, 2016              PACHULSKI STANG ZIEHL & JONES LLP

                                      By    /s/ Jeffrey L. Kandel
                                          Robert B. Orgel
                                          Jeffrey L. Kandel
                                          Cia H. Mackle
                                          Attorneys for Thomas P. Jeremiassen,
                                          Chapter 11 Trustee

DOCS_LA:296413.1 46346/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): **REPLY TO UNITED STATES TRUSTEE'S LIMITED OBJECTION TO COMPENSATION REQUEST FOR PACHULSKI STANG ZIEHL & JONES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/1/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 1, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**UNITED STATES TRUSTEE (ND)**
Office of The United States Trustee
Attn:  Brian Fitipaldi
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 1, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Honorable Peter Carroll
United States Bankruptcy Court
Central District of California
1415 State Street
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 1, 2016 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| Date | Printed Name | Signature |

DOCS_LA:296413.1 46346/002

## 1. SERVED VIA NEF

- William C Beall   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- Mark Bradshaw   mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com
- Martin J Brill   mjb@lnbrb.com
- James L Brunello   kateover66@yahoo.com
- Christopher Celentino   celentinoc@ballardspahr.com, burkec@ballardspahr.com
- Jonathan J Damen   BKnotice@rcolegal.com, RCO@ecf.inforuptcy.com
- Caroline Djang   crd@jmbm.com
- Joseph A Eisenberg   jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- John D. Faucher   jdf@johndfaucher.com, FaucherECF@gmail.com
- Brian D Fittipaldi   brian.fittipaldi@usdoj.gov
- John W Fricks   jfricks@ogdenfricks.com
- Larry W Gabriel   lgabriel@ebg-law.com, nfields@ebg-law.com
- Jon F Gauthier   jgauthier@ftblaw.com, jrobinson@ftblaw.com
- Thomas M Geher   tmg@jmbm.com, we1@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Philip J Giles   ecfcacb@aldridgepite.com, PJG@ecf.inforuptcy.com;pgiles@aldridgepite.com
- David Gould   dgould@gglawllp.com
- Matthew Grimshaw   mgrimshaw@marshackhays.com, ecfmarshackhays@gmail.com
- Jacqueline A Gruber   ecfcacb@piteduncan.com
- Steven T Gubner   sgubner@brutzkusgubner.com, ecf@brutzkusgubner.com
- Ralph P Guenther   rguenther@montereylaw.com
- Asa S Hami   ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com
- Thomas P Jeremiassen (TR)   tjeremiassen@brg-expert.com
- David A Juhnke   docket@sjlmlaw.com
- Brian M Kandel   brian@sadriandkandel.com, Bkandel@taxtriallawyers.com
- Jeffrey L Kandel   jkandel@pszjlaw.com
- Jeffrey L Kandel   jkandel@pszjlaw.com
- Talin Keshishian   tkeshishian@brutzkusgubner.com, ecf@brutzkusgubner.com
- Lewis R Landau   Lew@Landaunet.com
- rene Lastreto   rl2@lrplaw.net, tara@lrplaw.net;rebecca@lrplaw.net
- Erica T Loftis   Erica.Loftis@BuckleyMadole.com, Susana.Hernandez@BuckleyMadole.com
- Samuel R Maizel   samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com
- Daniel M McGee   dan@mcgeez.net
- Frank F McGinn   ffm@bostonbusinesslaw.com
- Alexis M McGinness   amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com
- David W. Meadows   david@davidwmeadowslaw.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Craig Millet   cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Jennifer L Nelson   jlnelson@reedsmith.com
- Jeffrey P Nolan   jnolan@pszjlaw.com
- Christopher A Nowlin   cnowlin@gibsondunn.com
- Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
- David M Poitras   dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- Kelly M Raftery   bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Dean G Rallis   drallis@afrct.com, bcruz@ecf.inforuptcy.com;bcruz@afrct.com;msinclair@afrct.com;AFRCTECF@afrct.com;mpham@afrct.com
- Edwin J Rambuski   edwin@rambuskilaw.com, marissa@rambuskilaw.com
- Edwin J Rambuski   edwin@rambuskilaw.com, marissa@rambuskilaw.com
- Paul F Ready   tamara@farmerandready.com
- John P Reitman   jreitman@lgbfirm.com, kalandy@lgbfirm.com;cboyias@lgbfirm.com;srichmond@lgbfirm.com;sdeiches@lgbfirm.com;mmocciaro@lgbfirm.com
- Christopher O Rivas   crivas@reedsmith.com
- Yonaton M Rosenzweig   yoni.rosenzweig@kattenlaw.com, ecf.lax.docket@kattenlaw.com;marsha.davis@kattenlaw.com
- John D Schlotter   ecfmail@aclawllp.com
- Timothy J Silverman   tim@sgsslaw.com

- Evan D Smiley    esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- Robyn B Sokol    ecf@brutzkusgubner.com, rsokol@brutzkusgubner.com
- Peter Susi    psusi@hbsb.com, tina@hbsb.com;jgura@hbsb.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- Bill Taylor    ecfnotices@4stechnologies.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Marshall C Wallace    mwallace@allenmatkins.com
- Kristin S Webb    bknotice@rcolegal.com, RCO@ecf.inforuptcy.com
- Corey R Weber    ecf@brutzkusgubner.com, cweber@brutzkusgubner.com
- Edward T Weber    bknotice@rcolegal.com
- Katherine M Windler    kwindler@verizon.net
- Jennifer C Wong    bknotice@mccarthyholthus.com
- Kelly A Woodruff    kwoodruff@fbm.com
- Jonathan R Zeko    jzeko@grantandzeko.com
-

DOCS_LA:296413.1 46346/002