Robert B. Orgel (CA Bar No. 101875)
Jeffrey L. Kandel (CA Bar No. 115832)
Cia H. Mackle (admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4003
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jkandel@pszjlaw.com

Attorneys for Thomas P. Jeremiassen, EFI Trustee



FILED & ENTERED

MAR 14 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zick          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

In re:

ESTATE FINANCIAL, INC.,

                Debtor.

Case No.:    9:08-bk-11457-PC

Chapter 11

**ORDER GRANTING THE VARIOUS
APPLICATIONS OF PROFESSIONALS FOR
COMPENSATION AND REIMBURSEMENT
OF EXPENSES ON AN INTERIM BASIS**

**Hearing:**
Date:          March 9, 2016
Time:          10:00 a.m.
Location:      Courtroom 201
               1415 State Street
               Santa Barbara, CA 93101
Judge:         The Honorable Peter Carroll

On March 9, 2016 at 10:00 a.m., the various fee applications of the professionals employed in the above referenced case (collectively, the "Applications") set forth herein came on for hearing (the "Hearing") before this Court.  No appearances were required by the Court.

Having considered the Applications and the evidence and notices filed in connection therewith, the *Statement of the Official Unsecured Creditors Committee and Reservation of Rights in Connection with Professional Fee Applications*, the *United States Trustee's Limited Objection  to Interim Request of Pachulski, Stang, Ziehl & Jones* (the "Limited Objection"), and upon the entire record of such Hearing and this case, and after due deliberation thereon, and good cause appearing therefor:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**IT IS HEREBY ORDERED** that

1. The Limited Objection is overruled.

2. The Applications are allowed on an interim basis as set forth below:

| Professional/Name | Time Period | Fees Allowed | Expense Reimb. | Total |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br><br>Attn:   Jeffrey Kandel<br><br>*Attorneys for Thomas P. Jeremiassen, Chapter 11 Trustee for the Bankruptcy Estate of EFI* | 6/1/15-12/31/15 (interim) | $364,546.00 | $21,369.93 | $385,915.93 |
| Thomas P. Jeremiassen, Chapter 11 Trustee<br>c/o BRG, LLC<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067<br><br>*Chapter 11 Trustee for the Bankruptcy Estate of EFI* | 6/1/15-12/31/15 (interim) | $143,892.00 | $488.46 | $144,380.46 |
| Berkeley Research Group, LLC<br>2049 Century Park East, Suite 2525<br>Los Angeles, CA 90067<br><br>Attn: James Armstrong<br><br>*Accountants for Thomas P. Jeremiassen, Chapter 11 Trustee for the Bankruptcy Estate of EFI* | 6/1/15-12/31/15 (interim) | $75,943.00 | $831.92 | $76,774.92 |
| Development Specialists, Inc.<br>333 S Grand Avenue<br>Suite 4070<br>Los Angeles, CA 90071-1544<br><br>Attn:   Matthew Sorenson<br><br>*Financial Advisors for Thomas P. Jeremiassen, Chapter 11 Trustee for the Bankruptcy Estate of EFI* | 6/1/15-12/31/15 (interim) | $69,284.00 | $1,556.91 | $70,840.91 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| Professional/Name | Time Period | Fees Allowed | Expense Reimb. | Total |
|---|---|---|---|---|
| Sinsheimer Juhnke McIvor & Stroh, LLP<br>1010 Peach Street<br>P. O. Box 31<br>San Luis Obispo, CA 93406<br><br>Attn:   David A. Juhnke<br><br>*Special Counsel to Thomas P. Jeremiassen, Chapter 11 Trustee for the Estate of EFI[1]* | 6/1/15-12/31/15 (interim) | $38,357.00 | $359.56 | $38,716.56 |
| Silicon Forensics<br>1242 E. Lexington Ave<br>Pomona, CA 91766<br><br>Attn: Chontté Johnson<br><br>*Consultant to the EFI Trustee in Connection with the Collection, Processing, and Management of Electronically Stored Information* | 7/13/15-12/31/15 (interim) | $48,063.44 | $0.00 | $48,063.44 |
| Law Offices of David W. Meadows<br>1801 Century Park East, Suite 1235<br>Los Angeles, CA 90067<br><br>Attn: David W. Meadows, Esq.<br><br>*Counsel for the Official Unsecured Creditors Committee for the Bankrutpcy Estate of EFI* | 7/1/15-1/15/16 (interim) | $40,110.00 | $107.88 | $40,217.88 |

Provided the estate is not administratively insolvent, the Chapter 11 Trustee is authorized, in his discretion, to pay the allowed fees and expenses from unencumbered funds of the estate.

# # #

Date: March 14, 2016



Peter H. Carroll
United States Bankruptcy Judge

---

[1]  Sinsheimer Juhnke McIvor & Stroh, LLP's request for fees and costs listed herein is not only for the benefit of the EFI Trustee, but also for the liquidating trustee for the estate of Estate Financial Mortgage Fund, LLC. Said fees and costs will be allocated between the estates by agreement between the trustees or further court order.

DOCS_LA:297482.1 46346-001