| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JOSHUA L. SCHEER, #242722<br>REILLY D. WILKINSON, #250086<br>SCHEER LAW GROUP, LLP<br>155 N. REDWOOD DRIVE, SUITE 100<br>SAN RAFAEL, CA 94903<br>(415) 491-8900<br>(415) 491-8910<br>Email: rwilkinson@scheerlawgroup.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Ajax Mortgage Loan Trust 2018-G, et al. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 11 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY rust       DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION**

| In re:<br><br>ESTATE FINANCIAL INC.,<br><br><br><br><br>Debtor(s). | CASE NO. 9:08-bk-11457-DS<br>CHAPTER 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): AJAX MORTGAGE LOAN TRUST 2018-G, MORTGAGE-BACKED SECURITIES, SERIES 2018-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, its successors and/or assignees

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (WITH SUPPORTING DECLARATIONS) REGARDING REAL PROPERTY

   b. *Date of filing of motion:* 06/11/2020

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 06/11/2020

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                    Page 1                                       **F 9075-1.1.ORDER.SHORT.NOTICE**

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on the motion will take place as follows:

   | **Hearing date: June 16, 2020** | **Place:** |
   |---|---|
   | **Time:** 11:30 a.m. | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
   | **Courtroom:** 201* | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
   | * Hearing will be conducted via Zoom. Please see paragraph 7 below and the posted calendar for details on the hearing information. | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
   | | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
   | | ☒ 1415 State Street, Santa Barbara, CA 93101 |

   (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
   |---|---|
   | Date: June 12, 2020 | |
   | | *Liquidating Trustee of the debtor's estate and the original borrowers* |
   | Time: 12:00 p.m. | |
   | | ☐ See attached page |
   | | (C) _Telephonic notice is also required upon_ the United States trustee |

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

   (A)   ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ <u>NEF</u>

   | (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
   |---|---|
   | Date: June 11, 2020 | |
   | Time: 11:59 p.m. | *Parties required under LBR 4001-1(c)* |
   | | ☐ See attached page |
   | | (D) S_ervice is also required upon_: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy personally delivered to chambers <br>   (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked
(A) ☐ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ NEF

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: June 11, 2020 | |
| Time: 11:59 p.m. | Parties required under LBR 4001-1(c) |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked
(A) ☐ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ NEF

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: June 15, 2020 | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: 5:00 p.m. | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked
(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                              Page 3                              **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>  Date:<br><br>  Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>  -- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>  -- United States trustee *(electronic service is not permitted)*<br>  -- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(7) ☒ Other requirements:

All appearances for the June 16, 2020 calendar will be via Zoom and not via Court Call. All parties participating in these hearings may connect from the Zoom link listed below. This service is free of charge. You may participate using a computer or telephone.

Join by Computer
Meeting URL:    https://cacb.zoomgov.com/j/1602413554
Meeting ID:    160 241 3554
Password:    694958

Join by Telephone
For higher quality, dial a number based on your current location.

Dial:    US: +1 669 254 5252 or +1 646 828 7666
Meeting ID:    160 241 3554
Password:    694958

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

|  |
|---|
| ☒ at least 2 days before the hearing.<br>☐ no later than:    Date:        Time: |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: June 11, 2020

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    F 9075-1.1.ORDER.SHORT.NOTICE