| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SCHEER LAW GROUP, LLP<br>JOSHUA L. SCHEER #242722<br>REILLY D. WILKINSON #250086<br>155 N. Redwood Dr., Suite 100<br>San Rafael, CA 94903<br>Telephone: (415) 491-8900<br>Facsimile: (415) 491-8910<br>rwilkinson@scheerlawgroup.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>ESTATE FINANCIAL INC.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:08-bk-11457-DS<br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(REAL PROPERTY)**<br><br>DATE: 06/16/2020<br>TIME: 11:30am<br>COURTROOM: 201** | **Hearing will be conducted via Zoom. Pleased see Order for details. |

**Movant:** AJAX MORTGAGE LOAN TRUST 2018-G, MORTGAGE-BACKED SECURITIES, SERIES 2018-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, its successors and/or assignees

1. **Hearing Location**:

    ☐ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367  ☒ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*                                       Page 1                                   **F 4001-1.RFS.RP.MOTION**

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☐ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☒ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) 06/15/2020 and (*time*) 5:00pm ; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☒ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: 06/11/2020

SCHEER LAW GROUP, LLP
Printed name of law firm (if applicable)

REILLY D. WILKINSON
Printed name of individual Movant or attorney for Movant

/S/REILLY D. WILKINSON
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2017*                                      Page 2                                      **F 4001-1.RFS.RP.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
85 ARGONAUT, SUITE 202, ALISO VIEJO, CA 92656

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 and ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTCE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/11/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED CONTINUATION PAGE

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/11/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED CONTINUATION PAGE

[✓] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/11/2020 | Mary Bezanilla | /s/Mary Bezanilla |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**PROOF OF SERVICE CONTINUATION PAGE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/11/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's attorney: Robert B Orgel, rorgel@pszjlaw.com
Debtor's attorney: Robyn B Sokol, ecf@bg.law
Notice: Martin J Brill, mjb@lnbrb.com
Attorney for Trustee: Brutzkus Gubner Rozansky Seror Weber LLP, sgubner@brutzkusgubner.com
Attorney for Trustee: Roger Frederickson, roger@fh-legal.com
Attorney for Trustee: Larry W Gabriel, lgabriel@bg.law
Attorney for Trustee: Steven T Gubner, sgubner@bg.law
Attorney for Trustee: David A Juhnke, docket@sjmslaw.com
Attorney for Trustee: Jeffrey L Kandel, jkandel@pszjlaw.com
Attorney for Trustee: Samuel R Maizel, samuel.maizel@dentons.com
Attorney for Trustee: David M Poitras, dpoitras@wedgewood-inc.com
Attorney for Trustee/Creditor Committee: Peter Susi, psusi@hbsb.com
Attorney for Trustee: Corey R Weber, cweber@bg.law
Attorney for Trustee: Kelly A Woodruff, kwoodruff@fbm.com
U.S. Trustee: ustpregion16.nd.ecf@usdoj.gov
Attorney for U.S. Trustee: Brian D Fittipaldi, brian.fittipaldi@usdoj.gov
Creditor Committee Chair: Talin Keshishian, tkeshishian@bg.law
Creditor Committee Chair: David W. Meadows, david@davidwmeadowslaw.com
Trustee: Thomas P Jeremiassen, tjeremiassen@dsi.biz
Notice: Brian M Kandel, brian@sadriandkandel.com
Notice: Dean G Rallis, Jr, drallis@hahnlawyers.com
Notice: Bond Safeguard Insurance Company, mea@amclaw.com
Notice: Craig Millet, cmillet@gibsondunn.com
Notice: Katherine M Windler, kwindler@verizon.net
Notice: Paul F Ready, tamara@farmerandready.com
Notice: Hanno T Powell, hpowell@powellslater.com
Creditor Committee Chair: Steven T Gubner, sgubner@bg.law
Notice: John W Fricks, jfricks@ogdenfricks.com
Notice: Mark Bradshaw, mbradshaw@shbllp.com
Notice: Jonathan J Damen, bankrupty@zbslaw.com
Notice: Philip J Giles, pgiles@allenbarneslaw.com
Notice: David A Juhnke, docket@sjmslaw.com
Notice: Erica T Loftis Pacheco, eloftis@scheerlawgroup.com
Notice: Alexis M McGinness, amm@jmbm.com
Notice: Krikor J Meshefejian, kjm@lnbyb.com
Notice: Evan D Smiley, esmiley@swelawfirm.com
Notice: Darlene C Vigil, cdcaecf@bdfgroup.com
Notice: KRISTIN WEBB, webbk@bryancave.com
Notice: Edward T Weber, ed@eweberlegal.com
Notice: Rene Lastreto, rl2@lrplaw.net
Notice: Edwin J Rambuski, edwin@rambuskilaw.com
Notice: Joseph A Eisenberg, jae@jmbm.com
Notice: Lewis R Landau, Lew@Landaunet.com
Notice: Christopher Celentino, chris.celentino@dinsmore.com
Notice: Daniel M McGee, dan@mcgeez.net

Notice: Edwin J Rambuski, edwin@rambuskilaw.com
Notice: Robert P Goe, rgoe@goeforlaw.com
Notice: David Gould, dgould@gglawllp.com
Notice: Mark Bradshaw, mbradshaw@shbllp.com
Notice: Dyke Huish, huishlaw@mac.com
Notice: Highwater Granada Hills, LLC, bmoldo@mdfslaw.com
Notice: Frank F McGinn, ffm@bostonbusinesslaw.com
Notice: Bill Taylor, ecfnotices@4stechnologies.com
Notice: Darlene C Vigil, cdcaecf@bdfgroup.com
Notice: Steven T Gubner, sgubner@bg.law
Notice: Samuel R Maizel, samuel.maizel@dentons.com
Notice: Edwin J Rambuski, edwin@rambuskilaw.com
Notice: Reed H Olmstead, reed@olmstead.law
Notice: Ralph P Guenther, rguenther@montereylaw.com
Notice: Yonaton M Rosenzweig, yoni.rosenzweig@kattenlaw.com
Notice: Timothy J Silverman, tsilverman@scheerlawgroup.com
Notice: John D Schlotter, ecfmail@aclawllp.com
Notice: Thomas M Geher, tmg@jmbm.com
Notice: Jonathan R Zeko, jzeko@zekolaw.com
Notice: Jennifer C Wong, bknotice@mccarthyholthus.com
Notice: State Comp Ins Fund, scif.legal.bk@scif.com
Notice: Jon F Gauthier, jgauthier@ftblaw.com
Notice: Kelly M Kaufmann, bknotice@mccarthyholthus.com
Notice: Jacqueline A Gruber, ecfcacb@piteduncan.com
Notice: Christopher O Rivas, crivas@reedsmith.com
Notice: James L Brunello, kateover66@yahoo.com
Creditor Committee Chair: Robyn B Sokol, ecf@bg.law
Creditor Committee: Peter Susi, psusi@hbsb.com

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **06/11/2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Chamber's Copy: Honorable Deborah J. Saltzman, Edward R. Roybal Federal Building and Courthouse 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012 (via overnight mail)

Debtor: Estate Financial Inc, 806 9th St Ste 1A, Paso Robles, CA 93446 (via overnight mail)

Borrowers: Victoria V David and Abel L. David, 748 Venice Way, Inglewood, CA 90302-2814 (via overnight mail)

Lienholder: Fremont Investment and Loan, Attn: to an Officer and/or Managing agent, 26 MILLER ROAD ROYAL OAKS CA 95076 (via overnight mail)

Lienholder: Citadel Enterprises Americas, LLC, Attn: to an officer and/or managing agent, 131 South Dearborn Street, Chicago, IL 60603 (via overnight mail)

Notice: Peter Mladenovic, 19234 Califa Street, Tarzana, CA 91356 (via overnight mail)

Notice: Richard Pech and Ilse Pech Trustees, POB 145, California Hot Springs, CA 93207 (via overnight mail)

Notice: FirstChoice Alarm, 80301 Corte El Dorado, Indio, CA 92201 (via overnight mail)

Notice: Mitch Brown Construction, Inc., 14200 Road 284, Porterville, CA 93257 (via overnight mail)

U.S. Trustee: United States Trustee (ND), 915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017 (via overnight mail)