**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

In re:

ESTATE FINANCIAL, INC.,

                Debtor.

Case No.: 9:08-bk-11457-DS
Chapter 11

**NOTICE OF LIQUIDATING TRUSTEE'S MOTION: (1) TO APPROVE FINAL REPORT; (2) FOR FINAL DECREE; (3) TO AUTHORIZE FINAL WIND-UP; AND (4) FOR RELATED RELIEF**

[Local Bankruptcy Rule ("LBR") 3022-1, 9013-1 (d) & (o)]

[No hearing required]

**TO THE COURT, CREDITORS, CREDITORS' COMMITTEE, AND U.S. TRUSTEE:**

    **PLEASE TAKE NOTICE** that:

    1. Thomas P. Jeremiassen, as "Trustee" of the trust formed under the "Plan" herein (Docket #3639), is filing, simultaneously with service hereof, the *Liquidating Trustee's Motion: (1) To Approve Final Report; (2) For Final Decree; (2) To Authorize Final Wind-Up; and (3) For Related Relief* (the "Motion"). The Motion is based on its terms, this notice, its Memorandum of Points and Authorities and Declaration, the Plan, the Liquidating Trust, and the Case's files and records.

    2. Pursuant to 11 U.S.C. §§ 105 & 350, Fed. R. Bankr. P. 3022, & LBR 3022-1 and 9013-1 (d) & (o), and the Plan, the Trustee moves for an order approving the Final Report, granting a final decree, closing the Case, discharging the Trustee and exonerating any remaining bond, dissolving the Plan Advisory Committee and debtor EFI, and authorizing a final wind-up, disposal of books and records, and termination of the Liquidating Trust. Supporting grounds include: all payments required under the Plan have been made, including approximately $10.5 million to holders of general unsecured claims (that is in addition to the over $39 million distributed to holders or alleged holders of tenant-in-common interests in the debtor's loans and certain settlement amounts paid to the Estate Financial Mortgage Fund's Trustee); the U.S. Trustee quarterly fees have been paid through March 31, 2020; no fees or costs are owing to the Court; and no assets remain for administration.

    3. LBR 9013-1(o)(1) requires that any response and request for hearing must be filed with the court and served on the Trustee and United States Trustee (ND), 915 Wilshire Blvd, Ste. 1850, Los Angeles, CA 90017, within 14 days after the date of service of the notice. If the response period expires without the filing of a response and request for hearing, the Motion may be approved without further notice or hearing.

Dated: June 25, 2020

                                        PACHULSKI STANG ZIEHL & JONES LLP
                                        10100 Santa Monica Boulevard, 11th Floor
                                        Los Angeles, CA 90067-4003
                                        Tel: (310) 277-6910 / Fax: (310) 201-0760

                                        By */s/ Robert B. Orgel*
                                            Robert B. Orgel
                                        Attorneys for Thomas P. Jeremiassen, Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LIQUIDATING TRUSTEE'S MOTION: (1) TO APPROVE FINAL REPORT; (2) FOR FINAL DECREE; (3) TO AUTHORIZE FINAL WIND-UP; AND (4) FOR RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 25, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 25, 2020 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:273999.1 46346/001

**Mailing Information for Case 9:08-bk-11457-PC**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- *Mark Bradshaw    mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com*
- *Martin J Brill    mjb@lnbrb.com*
- *James L Brunello    kateover66@yahoo.com*
- *Christopher Celentino    chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM*
- *Jonathan J Damen    bankrupty@zbslaw.com*
- *Michael W Davis    mdavis@dtolaw.com, jmartinez@dtolaw.com*
- *Daniel Denny    ddenny@milbank.com*
- *Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com*
- *John D Faucher    jdf@johndfaucher.com, FaucherECF@gmail.com*
- *Brian D Fittipaldi    brian.fittipaldi@usdoj.gov*
- *Thomas G Foley    , cwalker@foleybezek.com*
- *Roger Frederickson    roger@fh-legal.com, kasie@fh-legal.com;leandra@fh-legal.com;shelley@fh-legal.com;keely@fh-legal.com*
- *John W Fricks    jfricks@ogdenfricks.com*
- *Larry W Gabriel    lgabriel@bg.law, nfields@bg.law*
- *Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com;storres@ftblaw.com*
- *Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Philip J Giles    pgiles@allenbarneslaw.com, mvasquez@allenbarneslaw.com*
- *David Gould    dgould@gglawllp.com*
- *Matthew Grimshaw    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com*
- *Jacqueline A Gruber    ecfcacb@piteduncan.com*
- *Steven T Gubner    sgubner@bg.law, ecf@bg.law*
- *Ralph P Guenther    rguenther@montereylaw.com*
- *Asa S Hami    ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com*
- *Dyke Huish    huishlaw@mac.com*
- *Thomas P Jeremiassen (TR)    tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz*
- *David A Juhnke    docket@sjmslaw.com*
- *Brian M Kandel    brian@sadriandkandel.com, Bkandel@taxtriallawyers.com*
- *Jeffrey L Kandel    jkandel@pszjlaw.com*
- *Jeffrey L Kandel    jkandel@pszjlaw.com*
- *Justin P Karczag    justin@encorelaw.com, eugene@encorelaw.com;muhammed@encorelaw.com*
- *Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com*
- *Talin Keshishian    tkeshishian@bg.law, ecf@bg.law*
- *Lewis R Landau    Lew@Landaunet.com*
- *rene Lastreto    rl2@lrplaw.net, tara@lrplaw.net;rebecca@lrplaw.net*
- *Erica T Loftis Pacheco    eloftis@scheerlawgroup.com, Erica.loftispacheco@gmail.com*
- *Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com*
- *Daniel M McGee    dan@mcgeez.net*
- *Frank F McGinn    ffm@bostonbusinesslaw.com*
- *Alexis M McGinness    amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Krikor J Meshefejian    kjm@lnbyb.com*
- *Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com*
- *Jennifer L Nelson    jlnelson@reedsmith.com*
- *Jeffrey P Nolan    jnolan@pszjlaw.com*
- *Christopher A Nowlin    cnowlin@gibsondunn.com*
- *Reed H Olmstead    reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com*
- *Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com*
- *David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com*
- *Hanno T Powell    hpowell@powellslater.com, lenrico@powellslater.com*
- *Dean G Rallis    drallis@hahnlawyers.com, marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com;drallis@ecf.inforuptcy.com*
- *Edwin J Rambuski    edwin@rambuskilaw.com, marissa@rambuskilaw.com*
- *Edwin J Rambuski    edwin@rambuskilaw.com, marissa@rambuskilaw.com*
- *Paul F Ready    tamara@farmerandready.com*
- *John P. Reitman    jreitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com*
- *Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com*
- *Yonaton M Rosenzweig    yoni.rosenzweig@kattenlaw.com, ecf.lax.docket@kattenlaw.com;marsha.davis@kattenlaw.com*
- *John D Schlotter    ecfmail@aclawllp.com, mccallaecf@ecf.courtdrive.com*
- *Timothy J Silverman    tsilverman@scheerlawgroup.com*
- *Evan D Smiley    esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com*
- *Robyn B Sokol    ecf@bg.law, rsokol@bg.law*
- *Robyn B Sokol    ecf@brutzkusgubner.com, rsokol@bg.law*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:273999.1 46346/001

**F 9013-3.1.PROOF.SERVICE**

- *Peter Susi    psusi@hbsb.com, susan@hbsb.com;krnimmons@hbsb.com*
- *Cathy Ta    cathyta@cathyta.net*
- *Bill Taylor    ecfnotices@4stechnologies.com*
- *United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov*
- *Darlene C Vigil    cdcaecf@bdfgroup.com*
- *KRISTIN WEBB    webbk@bryancave.com, elaine.hellwig@bryancave.com*
- *Marshall C Wallace    mwallace@allenmatkins.com*
- *Corey R Weber    cweber@bg.law, ecf@bg.law*
- *Edward T Weber    ed@eweberlegal.com*
- *Reilly D Wilkinson    rwilkinson@scheerlawgroup.com*
- *Katherine M Windler    kwindler@verizon.net*
- *Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com*
- *Kelly A Woodruff    kwoodruff@fbm.com*
- *Kelly A Woodruff    kwoodruff@fbm.com*
- *Jonathan R Zeko    jzeko@zekolaw.com, donna@zekolaw.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.