Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310/300-2027
Facsimile:  310/201-0760
Email: rorgel@pszjlaw.com

Attorneys for Thomas P. Jeremiassen,
Liquidating Trustee for Liquidating Trust for Estate Financial, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>ESTATE FINANCIAL, INC.,<br><br>Debtor. | Case No.: 9:08-bk-11457-DS<br>Chapter 11<br><br>**LIQUIDATING TRUSTEE'S RESPONSE TO COURT'S MOTION AND NOTICE TO UNSEAL DOCUMENTS (Dkt # 4410)**<br><br>[No hearing required] |

By and through his counsel of record, Thomas P. Jeremiassen, the Liquidating Trustee (the "Trustee") of the trust established under the confirmed chapter 11 plan herein (Docket #3639) for debtor Estate Financial, Inc., the debtor in the above-entitled case, files this response (the "Response") to the Court's Motion and Notice to Unseal Documents (filed October 21, 2020 as Docket Number 4410) (the "Sealed Document Motion"). The Sealed Document Motion was filed four months following the Trustee's filing of his motion to close this chapter 11 case (Docket Number 4404, filed June 25, 2020) (the "Case Closing Motion") to which there was no objection.

Promptly upon receiving the Sealed Document Motion, the Trustee, through his counsel, inquired of parties who were believed potentially interested in the unsealing of the relevant documents as to whether they objected to such unsealing. No response was received posing any objection. Thus, the Trustee, prior hereto, did not respond to the Sealed Document Motion.

Thereafter, in July 2021, the Court advised staff of the Trustee's counsel that the disposition of the Case Closing Motion required prior arrangements for disposition of the sealed documents at

1

1  issue in the Sealed Document Motion, and that the Court did not prefer to unseal the documents.

2  Thus, the Trustee requests that the Court, instead of unsealing the documents that are the subject of

3  the Sealed Document Motion, issue an order in the form attached hereto as **Exhibit A** and thereafter

4  return such documents to the Trustee either in a self-addressed, postage prepaid envelope to be

5  provided to the Court by the Trustee or using an appropriate shipping label to be provided to the

6  Court by Trustee, enabling shipping of the documents to the Trustee at the Trustee's expense.

Dated: July 22, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

                                        By   */s/ Robert B. Orgel*
                                             Robert B. Orgel
                                             Attorneys for Thomas P. Jeremiassen,
                                             Liquidating Trustee

2

DOCS_LA:338909.1 46346/001

# EXHIBIT A

Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310/300-2027
Facsimile:  310/201-0760
Email: rorgel@pszjlaw.com

Attorneys for Thomas P. Jeremiassen,
Liquidating Trustee for Liquidating Trust for Estate Financial, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>ESTATE FINANCIAL, INC.,<br><br>Debtor. | Case No.: 9:08-bk-11457-DS<br>Chapter 11<br><br>**ORDER RE COURT'S MOTION AND NOTICE TO UNSEAL DOCUMENTS (Dkt. # 4410)**<br><br>[No hearing required] |

On October 21, 2020, the Court filed the Court's Motion and Notice to Unseal Documents (Docket Number 4410) (the "Sealed Document Motion").  Having considered the Liquidating Trustee's Response to Court's Motion and Notice to Unseal Documents (the "Response") filed by Thomas P. Jeremiassen, the Liquidating Trustee (the "Trustee") of the trust established under the confirmed chapter 11 plan herein (Docket #3639) for debtor Estate Financial, Inc., the Case's files and records, and good cause appearing therefore,

DOCS_LA:338910.2 46346/001556

1   IT IS ORDERED that the sealed documents that are the subject of the Sealed Document
2   Motion shall be returned to the Trustee either in a self-addressed, postage prepaid envelope to be
3   provided to the Court by the Trustee promptly after entry hereof or using an appropriate shipping
4   label to be provided to the Court by Trustee promptly after entry hereof, enabling shipping of the
5   documents to the Trustee at the Trustee's expense.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **LIQUIDATING TRUSTEE'S RESPONSE TO COURT'S MOTION AND NOTICE TO UNSEAL DOCUMENTS (Dkt # 4410)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic MailE Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 22, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Mail**
Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2021 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:273999.1 46346/001

**Mailing Information for Case 9:08-bk-11457-PC**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- *Mark Bradshaw  mbradshaw@shbllp.com, sswartzell@shbllp.com;rhodges@shbllp.com*
- *Martin J Brill  mjb@lnbrb.com*
- *James L Brunello  kateover66@yahoo.com*
- *Christopher Celentino  chris.celentino@dinsmore.com, caron.burke@dinsmore.com;SDCMLFiles@DINSMORE.COM*
- *Jonathan J Damen  bankrupty@zbslaw.com*
- *Michael W Davis  mdavis@dtolaw.com, jmartinez@dtolaw.com*
- *Daniel Denny  ddenny@milbank.com*
- *Joseph A Eisenberg  jae@jmbm.com, bt@jmbm.com*
- *John D Faucher  jdf@johndfaucher.com, FaucherECF@gmail.com*
- *Brian D Fittipaldi  brian.fittipaldi@usdoj.gov*
- *Thomas G Foley  , cwalker@foleybezek.com*
- *Roger Frederickson  roger@fh-legal.com, kasie@fh-legal.com;leandra@fh-legal.com;shelley@fh-legal.com;keely@fh-legal.com*
- *John W Fricks  jfricks@ogdenfricks.com*
- *Larry W Gabriel  lgabrielaw@outlook.com, nfields@bg.law*
- *Jon F Gauthier  jgauthier@ftblaw.com, jrobinson@ftblaw.com;storres@ftblaw.com*
- *Thomas M Geher  tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com*
- *Philip J Giles  pgiles@allenbarneslaw.com, mvasquez@allenbarneslaw.com*
- *David Gould  dgould@gglawllp.com*
- *Matthew Grimshaw  mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com*
- *Jacqueline A Gruber  ecfcacb@piteduncan.com*
- *Steven T Gubner  sgubner@bg.law, ecf@bg.law*
- *Ralph P Guenther  rguenther@montereylaw.com*
- *Asa S Hami  ahami@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;ahami@ecf.inforuptcy.com*
- *Dyke Huish  huishlaw@mac.com*
- *Thomas P Jeremiassen (TR)  tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz*
- *David A Juhnke  docket@sjmslaw.com*
- *Brian M Kandel  brian@sadriandkandel.com, Bkandel@taxtriallawyers.com*
- *Jeffrey L Kandel  jkandel@pszjlaw.com*
- *Jeffrey L Kandel  jkandel@pszjlaw.com*
- *Justin P Karczag  justin@encorelaw.com, eugene@encorelaw.com;muhammed@encorelaw.com*
- *Kelly M Kaufmann  bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com*
- *Talin Keshishian  tkeshishian@bg.law, ecf@bg.law*
- *Lewis R Landau  Lew@Landaunet.com*
- *rene Lastreto  rl2@lrplaw.net, tara@lrplaw.net;rebecca@lrplaw.net*
- *Erica T Loftis Pacheco  bknotifications@ghidottiberger.com*
- *Samuel R Maizel  samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com*
- *Daniel M McGee  dan@mcgeez.net*
- *Frank F McGinn  ffm@bostonbusinesslaw.com*
- *Alexis M McGinness  amm@jmbm.com, vr@jmbm.com;fc3@jmbm.com*
- *David W. Meadows  david@davidwmeadowslaw.com*
- *Krikor J Meshefejian  kjm@lnbyb.com*
- *Craig Millet  cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com*
- *Jennifer L Nelson  jlnelson@reedsmith.com*
- *Jeffrey P Nolan  jnolan@pszjlaw.com*
- *Christopher A Nowlin  cnowlin@gibsondunn.com*
- *Reed H Olmstead  reed@olmstead.law, olmstead.ecf@gmail.com;r41602@notify.bestcase.com*
- *Robert B Orgel  rorgel@pszjlaw.com, rorgel@pszjlaw.com*
- *David M Poitras  dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com*
- *Hanno T Powell  hpowell@powellslater.com, lenrico@powellslater.com*
- *Dean G Rallis  drallis@hahnlawyers.com, marias@hahnlawyers.com;mpham@hahnlawyers.com;drallis@ecf.courtdrive.com*
- *Edwin J Rambuski  edwin@rambuskilaw.com, marissa@rambuskilaw.com*
- *Edwin J Rambuski  edwin@rambuskilaw.com, marissa@rambuskilaw.com*
- *Paul F Ready  tamara@farmerandready.com*
- *John P. Reitman  jreitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com*
- *Christopher O Rivas  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com*
- *Yonaton M Rosenzweig  yoni.rosenzweig@katten.com, courtalertlax@katten.com,marsha.davis@katten.com*
- *John D Schlotter  ecfmail@aclawllp.com, mccallaecf@ecf.courtdrive.com*
- *Timothy J Silverman  tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com*
- *Evan D Smiley  esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com*
- *Robyn B Sokol  rsokol@leechtishman.com, rsokol@leechtishman.com;lmoya@leechtishman.com*
- *Peter Susi  psusi@hbsb.com, susan@hbsb.com;krnimmons@hbsb.com*
- *Cathy Ta  cathyta@cathyta.net*
- *Bill Taylor  ecfnotices@4stechnologies.com*
- *United States Trustee (ND)  ustpregion16.nd.ecf@usdoj.gov*
- *Darlene C Vigil  cdcaecf@bdfgroup.com*
- *KRISTIN WEBB  webbk@bryancave.com, elaine.hellwig@bryancave.com*
- *Marshall C Wallace  mwallace@allenmatkins.com*
- *Corey R Weber  cweber@bg.law, ecf@bg.law*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
DOCS_LA:273999.1 46346/001

**F 9013-3.1.PROOF.SERVICE**

- *Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com*
- *Katherine M Windler    kwindler@verizon.net*
- *Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com*
- *Kelly A Woodruff    kwoodruff@fbm.com*
- *Kelly A Woodruff    kwoodruff@fbm.com*
- *Jonathan R Zeko    jzeko@zekolaw.com, donna@zekolaw.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.