Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310/300-2027
Facsimile:  310/201-0760
Email: rorgel@pszjlaw.com

Attorneys for Thomas P. Jeremiassen,
Liquidating Trustee for Liquidating Trust for Estate Financial, Inc.

**FILED & ENTERED**

**JUL 26 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re:

ESTATE FINANCIAL, INC.,

Debtor.

Case No. 9:08-bk-11457-DS

Chapter 11

**ORDER ON COURT'S MOTION AND NOTICE TO UNSEAL DOCUMENTS**

Based on the "Court's Motion and Notice to Unseal Documents" (the "Sealed Document Motion," Docket No. 4410), filed by Thomas P. Jeremiassen, the Liquidating Trustee (the "Trustee") of the trust established under the confirmed chapter 11 plan for debtor Estate Financial, Inc., and good cause appearing,

IT IS HEREBY ORDERED that the sealed documents that are the subject of the Sealed Document Motion will not be placed in the case filed, but will be returned to the Trustee.

IT IS FURTHER ORDERED that, within fourteen days of entry of this order, the Trustee must provide the court with self-addressed, postage pre-paid shipping materials.

###

Date: July 26, 2021

Deborah J. Saltzman
United States Bankruptcy Judge

DOCS_LA:338910.2 46346/001556